UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE POLANCO DIAZ, | No. 2:25-cv-0384-DC-CKD P |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER LIFTING ADR STAY</u> |
| B. WHEELER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff proceeds on an Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against defendant Witcher only. On November 6, 2025, defendant filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 20) is GRANTED and the ADR stay of this action is lifted.

/////
/////
/////
/////

1

2. Within thirty days from the date of this order, defendant shall file a responsive pleading.

Dated: November 18, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 diaz0384.optout