IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE POLANCO DIAZ,**<br>Plaintiff,<br>**v.**<br>**WITCHER,**<br>Defendant. | 2:25-cv-00384-CKD (PC)<br>**~~[PROPOSED]~~ ORDER** |

Good cause appearing, Defendant's Motion Modify the Discovery and Scheduling Order (ECF No. 23) to extend the dispositive motion deadline, is granted. The dispositive motion deadline is extended by forty-five days, up to and including August 24, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: July 13, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9 diaz0384.36disp