UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIPE POLANCO DIAZ,

Plaintiff,

v.

B. WHEELER, et al.,

Defendants.

No. 2:25-cv-00384-DC-CKD P

ORDER

On August 24, 2026, defendants filed a motion for summary judgment. (ECF No. 26.) Plaintiff did not timely file an opposition or statement of non-opposition to the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. In addition, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Plaintiff is hereby cautioned that failure to comply with the Local Rules and failure to file a response to the pending motion may result in a recommendation that the action be dismissed.

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order

> states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these warnings in place, plaintiff is ordered to file any opposition to defendants' motion for summary judgment within 21 days of the date of this order.

Good cause appearing, IT IS ORDERED that, within 21 days from service of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment. Defendants may file a reply within 14 days of any opposition filed by plaintiff. Failure to file an opposition will be deemed as consent to have the motion granted and/or this case dismissed for failure to prosecute.

Dated: October 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 diaz0384.nooppo.msj